United States District Court
Southern District of Texas
**ENTERED**
December 10, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NAZMUDIN and ROZHAN KESHWANI, § § | |
| Plaintiffs, § § | |
| VS. § | CIVIL ACTION NO. H-18-3797 |
| § § | |
| AMERICAN BANKERS INSURANCE § | |
| COMPANY OF FLORIDA, § § | |
| Defendant. § | |

**ORDER**

The plaintiffs must send their expert report to American Bankers **by January 4, 2020**. American Bankers must move for summary judgment **by January 24, 2020**. The plaintiffs' cross motion for summary judgment is due **by February 14, 2020**. The joint pretrial order is due **by May 1, 2020**. Docket call is set for **May 8 at 8:30 a.m.** in Courtroom 11-B.

SIGNED on December 6, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge