United States District Court
Southern District of Texas
**ENTERED**
April 02, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NAZMUDIN and ROZHAN KESHWANI | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-18-3797 |
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA | § § § § § | |
| Defendant. | § § | |

## ORDER

Because of the COVID-19 pandemic and national emergency, the court resets the current dates for the joint pretrial order filing deadline and Docket Call setting. The new deadline for filing the joint pretrial order and motion in limine is **June 30, 2020**. The new date and time for Docket Call is **July 7, 2020, at 8:30 a.m.**

SIGNED on April 2, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge